| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785<br>Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant<br>MARIO FLORES-PINEDA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. Cr.S. 12-0293-JAM |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUDING TIME** |
| MARIO FLORES-PINEDA and SILVANO VARGAS, | ) | Date: November 27, 2012<br>Time: 9:45 a.m. |
| Defendants. | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, PREETI BAJWA, attorney for SILVANO VARGAS; and COURTNEY FEIN, attorney for MARIO FLORES-PINEDA, that the status conference hearing date of October 23, 2012, be vacated, and the matter be set for status conference on November 27, 2012, at 9:45 a.m.

The reason for this continuance is to allow both defense counsel additional time to review the discovery, consult with their clients, examine possible defenses, and continue investigating the facts of the cases.

Based upon the foregoing, the parties agree that the time

under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 27, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel.

DATED: October 19, 2012  Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for MARIO FLORES-PINEDA

DATED: October 19, 2012  /s/ Pretti Bajwa
PRETTI BAJWA
Attorney for Defendant
SILVANO VARGAS

DATED: October 19, 2012  BENJAMIN WAGNER
United States Attorney

/s/ Jill Thomas
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 23, 2012, status conference hearings be continued to November 27, 2012 at 9:45 a.m. Based on the representation of both defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel

reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time up to and including the November 27, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 10/19/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge