JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
MARIO FLORES-PINEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIO FLORES-PINEDA and SILVANO VARGAS-ESTRADA,<br><br>    Defendants. | NO. Cr.S. 12-293-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUDING TIME**<br><br>Date: March 26, 2013<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorneys for Plaintiff; and DANIEL BRACE, attorney for SILVANO VARGAS-ESTRADA, and COURTNEY FEIN, attorney for MARIO FLORES-PINEDA, that the status conference hearing date of February 12, 2013, be vacated, and the matter be set for status conference on March 26, 2013, at 9:45 a.m.

The reason for the continuance on behalf of Mr. Flores Pineda is that the parties remain in the process of placing the finishing touches on settlement. Additional time for

further discussions with their clients and for defense preparation is also necessary for both counsel.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 26, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel.

DATED: February 8, 2013  Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for MARIO FLORES-PINEDA

DATED: February 8, 2013  /s/ Courtney Fein for

DANIEL BRACE
Attorney for Defendant
SILVANO VARGAS-ESTRADA

DATED: February 8, 2013  BENJAMIN WAGNER
United States Attorney

/s/ Jill Thomas
JILL THOMAS
Special Assistant U.S. Attorney
Attorney for Plaintiff

/ / /
/ / /
/ / /
/ / /

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 12, 2013, status conference hearings be continued to March 26, 2013 at 9:45 a.m. Based on the representation of both defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time up to and including the March 26, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 2/8/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge