DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:12 CR 0293 JAM |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS UNDER |
| vs. | ) SPEEDY TRIAL ACT FINDINGS AND |
| | ) ORDER |
| MARIO FLOREZ PINEDA and SILVANO | ) |
| | ) |
| VARGAS ESTRADA, | ) |
| Defendants | |

Plaintiff, United States of America, by and through its counsel of record, and the defendants, MARIO FLOREZ PINEDA and SILVANA VARGAS ESTRADA, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 16, 2013.

2.      By this stipulation, the defendants now move to continue the status conference until May 7, 2013 at 9:45 a.m., and to exclude time between April 16, 2013 and May 7, 2013 under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      Counsel for the defendants desire additional time to consult with his client

STIP AND ORDER TO EXTEND TIME - 1

regarding a resolution to this case.

b.      Additionally, defense counsel for Silvano Vargas Estrada is currently in a criminal trial which is expected to be completed by April 25, 2013.

c.      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 16, 2013, to May 7, 2013, at 9:45 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date:  4-15-13

By:  /s/ Danny D. Brace, Jr.,
DANNY D. BRACE, JR.,
Attorney for
Silvano Vargas Estrada

Date: 4-15-13

By:/s/ Courtney Fein
Authorized to sign for Ms. Fein
On April 15, 2013
Courtney Fein
Attorney for
Mario Flores Pineda

Date:  4-15-13

By:/s/ Jill Thomas
Authorized to sign for Ms. Thomas
On April 15, 2013
Jill Thomas
Assistant U.S. Attorney

**IT IS SO ORDERED:**

**Dated:  4/15/2013**

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ